IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,         :

       Plaintiff,                :

   vs.                                 Case No. 3:09cr95(1)

                              :

LEVI LEE,                              JUDGE WALTER HERBERT RICE

       Defendant.                :

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY AND OWN RECOGNIZANCE BOND (DOC. #41), UPON CERTAIN STATED CONDITIONS

---

Pursuant to the facts set forth in the initial Pretrial Services Report and, further, noting that the Defendant has entered a guilty plea, this Court concludes that there are, in fact, conditions such as will guarantee the Defendant's appearance when required and the safety of other persons and the community. Accordingly, the Defendant's Motion for Release from Custody and Own Recognizance Bond (Doc. #41) is sustained, upon each and every standard condition of release and upon the following additional conditions, to wit:

    1.    The Defendant is to be on 24-hour, electronically monitored home confinement, subject to release for the standard purposes (pre-scheduled and approved medical appointments and visits to his attorney), and that he must not,

under any circumstances, operate a motor vehicle without a valid Ohio driver's license. This last special condition is reflective of the fact that the Defendant's driving record, insofar as driving without a driver's license, reckless operation, and driving while under suspension, is, to put it charitably, somewhat less than stellar.

It is the request of the Court that the Pretrial Services Officer prepare the appropriate entry for this Court's signature.

|  | /s/ Walter Herbert Rice |
|---|---|
| March 19, 2010 | WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

Brent Tabacchi, Esq.
Patrick Flanagan, Esq.
United States Marshal
United States Pretrial Services
United States Probation Department